IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MICHAEL CONRAD HENSON**                                                                                    **PLAINTIFF**

V.                                          **CASE NO. 5:25-CV-5114**

**CHRISTOPHER RODRIGUEZ, Dentist;**
**and WASHINGTON COUNTY SHERIFF'S DEPARTMENT**          **DEFENDANTS**

**ORDER**

On July 28, 2025, the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, performed an initial screening of Plaintiff Michael Conrad Henson's Complaint pursuant to 28 U.S.C. § 1915(e)(2) and issued a Report and Recommendation ("R&R") (Doc. 10). Magistrate Judge Comstock concludes that the case must be dismissed because the Complaint fails to state a claim for deliberate indifference. Instead, Mr. Henson alleges that a dentist who was working for the Washington County Detention Center was negligent and caused him injury due to a "tragic mistake." *Id.* at ¶ 4. To state a claim under 42 U.S.C. § 1983 for the violation of a plaintiff's rights, he must demonstrate deliberate disregard for a serious medical need—and mere negligence or even gross negligence will not chin the bar. *See id.* at p. 3.

On August 12, 2025, Mr. Henson filed an Objection (Doc. 11) to the R&R, which triggered this Court's *de novo* review of the entire case file. He objects to the dismissal of his case and notes that he has suffered from infections as a result of the dentist's negligence. He also explains that he has suffered financial injury stemming from this incident. The Court is very sympathetic to Mr. Henson's suffering, but medical

1

negligence does not rise to the level of a constitutional violation under § 1983. The Objection fails to state any new law or facts that would cause the Court to disagree with the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that the Objection (Doc. 11) is **OVERRULED** and the R&R (Doc. 10) **ADOPTED IN ITS ENTIRETY**. The Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted; and the Court further finds that any appeal from this dismissal would not be taken in good faith.

**IT IS SO ORDERED** on this 12th day of August, 2025.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE